UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/10/18 | **Time:** 2:03pm-3:12pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-06255-YGR | **Case Name:** Del Toro Lopez v. Uber Technologies, Inc. | |

**Attorney for Plaintiff:** Jahan Sagafi and Rachel Williams Dempsey
**Attorney for Defendant:** Nancy A. Bell

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS

Motion for Order Conditionally Certifying Settlement Class and Collective Action and Granting Preliminary Approval [Dkt. no. 33]-HELD and SUBMITTED


Notes: Plaintiff's counsel to send revised settlement agreement, notice, and claim form to proposed order email box at YGRpo@cand.uscourts.gov by Friday 4/13/18.