Jahan C. Sagafi (SB# 224887)
Rachel W. Dempsey (SB# 310424)
Laura Iris Mattes (SB# 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rdempsey@outtengolden.com
E-mail : imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Rachel M. Bien (SB# 315886)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: rmb@outtengolden.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**DECLARATION OF COMPLIANCE WITH CALIFORNIA LABOR CODE PRIVATE ATTORNEYS GENERAL ACT OF 2004** |

I, Jahan C. Sagafi, declare:

1. I am a member of the Bar of this Court and one of the attorneys representing Plaintiffs Roxana del Toro and Ana Medina in this action. I make this declaration to evidence Plaintiffs' compliance with the settlement submission requirements of the California Labor Code Private Attorneys General Act, Cal. Lab. Code § 2699(l)(2). I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On March 26, 2018, Plaintiffs filed an unopposed Motion for Order Conditionally Certifying Settlement Class and Collective Action, and Granting Preliminary Approval ("Motion for Preliminary Approval") (ECF No. 33).

3. On March 26, 2018, I caused to be submitted to the California Labor and Workforce Development Agency ("LWDA") the parties' Settlement Agreement, including the class notice, claim form, envelope, proposed order, and operative complaint (ECF No. 33-2), via online transmission pursuant to California Labor Code sections 2699(l)(2) and 2699 (l)(4). Attached to this declaration as Exhibit 1 is a true and correct copy of Plaintiffs' submission to the LWDA.

4. After submitting the parties' Settlement Agreement, I received an e-mail from the LWDA acknowledging receipt of the submission. Attached to this declaration as Exhibit 2 is a true and correct copy of the e-mail from the LWDA.

5. On April 16, 2018, Plaintiffs filed a supplemental brief in support of their Motion for Preliminary Approval (ECF No. 45).

6. On April 16, 2018, I caused to be submitted to the LWDA the parties' Amended Settlement Agreement, including the revised class notice, revised claim form, envelope, revised proposed order, and operative complaint (ECF No. 45-2), via online transmission. Attached to this declaration as Exhibit 3 is a true and correct copy of Plaintiffs' second submission to the LWDA.

7. After submitting the parties' Amended Settlement Agreement, I received an e-

mail from the LWDA acknowledging receipt of the submission.  Attached to this declaration as Exhibit 4 is a true and correct copy of the e-mail from the LWDA.

* * *

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.  Executed this 17th day of April, 2018 at San Francisco, California.

/s/ Jahan C. Sagafi
Jahan C. Sagafi

Jahan C. Sagafi (SB# 224887)
jsagafi@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810