Jahan C. Sagafi (SB# 224887)
Rachel W. Dempsey (SB# 310424)
Laura Iris Mattes (SB# 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center
Thirty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: rdempsey@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (*pro hac vice* forthcoming)
Rachel M. Bien (SB# 315886))
OUTTEN & GOLDEN LLP
685 Third Avenue
Twenty-Fifth Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: atk@outtengolden.com
E-Mail: rmb@outtengolden.com

Attorneys for Plaintiffs, Collective,
and Class Members

Nancy L. Abell (SB# 088785)
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
nancyabell@paulhastings.com

Paul W. Cane, Jr. (SB# 100458)
Jullie Z. Lal (SB# 279067)
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
paulcane@paulhastings.com
jullielal@paulhastings.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING DATE OF FINAL APPROVAL HEARING**<br><br>Room:    1, 4th Floor<br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:            None Set<br>Date Action Filed:    October 27, 2017 |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Roxana del Toro Lopez and Ana
2  Medina ("Plaintiffs"), through counsel, along with counsel for Defendants Uber
3  Technologies, Inc. ("Defendant"), respectfully submit the following Stipulated Request
4  for an Order Changing the Date of the Final Approval Hearing.  The parties declare in
5  support of this request:
6  WHEREAS, on April 19, 2018, the Court set the Final Approval Hearing for
7  October 23, 2018 at 2:00 p.m., ECF No. 49 ("Preliminary Approval Order");
8  WHEREAS, the parties are unable to attend a hearing on that date, but are
9  available on October 30, 2018 at 2:00 p.m.;
10 WHEREAS, the proposed delay will not affect the pre-Final Approval deadlines
11 set forth in the Court's Preliminary Approval Order; and
12 WHEREAS the post-Final Approval deadlines will be delayed by one week, so that
13 the settlement is funded on November 9, 2018 and checks are mailed to Class Members
14 on or around November 28, 2018, if the Court grants final approval on the day of the Final
15 Approval Hearing and there are no appeals.
16 THEREFORE, the parties respectfully request that the Final Approval Hearing be
17 continued one week, to October 30, 2018 at 2:00 p.m.

Dated:  May 1, 2018

| By: /s/ *Jahan C. Sagafi* | By: /s/ *Nancy L. Abell* |
|---|---|
| Jahan C. Sagafi | Nancy L. Abell |
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Rachel W. Dempsey (SBN 310424)<br>Laura Iris Mattes (SB# 310594)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-Mail:  jsagafi@outtengolden.com | Nancy L. Abell (SBN 088785)<br>PAUL HASTINGS, LLP<br>515 S Flower Street<br>Twenty Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br>Email: nancyabell@paulhastings.com |

| | | |
|---|---|---|
| 1 | E-Mail: rdempsey@outtengolden.com | Paul W. Cane, Jr. (SBN 100458) |
| 2 | E-mail: imattes@outtengolden.com | Jullie Z. Lal (SBN 279067) |
| | | PAUL HASTINGS, LLP |
| 3 | Adam T. Klein (*pro hac vice* forthcoming) | 101 California Street |
| 4 | Rachel M. Bien (SBN 315886) | Forty-Eighth Floor |
| | OUTTEN & GOLDEN LLP | San Francisco, CA 94111 |
| 5 | 685 Third Avenue, 25th Floor | Telephone: (415) 856-7000 |
| | New York, New York 10017 | Facsimile: (415) 856-7100 |
| 6 | Telephone: (212) 245-1000 | Email: paulcane@paulhastings.com |
| 7 | Facsimile: (646) 509-2060 | E-mail: jullielal@paulhastings.com |
| | E-mail: atk@outtengolden.com | |
| 8 | E-mail: rmb@outtengolden.com | |

**ECF ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file the foregoing Stipulation & [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Nancy L. Abell, has concurred in this filing.

Date: May 1, 2018         By   /s/ *Jahan C. Sagafi*
                                    Jahan C. Sagafi

*Attorney for Plaintiffs, Collective, and Class Members*