UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>           Plaintiffs,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>           Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CHANGING DATE OF FINAL APPROVAL HEARING**<br><br>Room:    1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:         None Set<br>Date Action Filed:  October 27, 2017 |

1     Based on the stipulation of the parties, and good cause appearing:

2     The Final Approval Hearing shall be continued two weeks, from October 23, 2018 at 2:00 p.m. to November 6, 2018 at 2:00 p.m.

4     No other pre-Final Approval deadlines set forth in the Order Granting Preliminary Approval of the Proposed Class Action Settlement, ECF No. 49, shall be affected.  The post-Final Approval deadlines will be delayed by two weeks, so that the settlement is funded on November 16, 2018 and checks are mailed to Class Members on or around December 5, 2018, if the Court grants final approval on the day of the Final Approval Hearing and there are no appeals.

10     IT IS SO ORDERED.

12 DATED: May 8, 2018

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE DATE OF FINAL APPROVAL HEARING
No. 4:17-CV-06255-YGR

- 1 -