# Exhibit A

San Francisco, June 22nd, 2018

To whom it may concern

I, Redacted, would like to exclude myself from the *del Toro Lopez v. Uber Technologies, Inc.*, Case No. 17-cv-06255-YGR settlement and not release any claims.
I understand that I will not receive money from it.

Below you will find my personal details:
*First Name:* Redacted
*Last Name:* Redacted
*Address:* Redacted

*Phone Number:* Redacted

Sincerely,
Redacted



Redacted

Dear settlement administrator:

I would like to opt out of the *del Toro Lopez v. Uber Technologies, Inc.* Settlement and understand that I will not receive money from it.

Dated: 5/17/2018             Redacted

                                                         Redacted
                                                         Redacted

                                                         Redacted