# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING ADMINISTRATION AND FUND B CLAIMS SCORING** |

-2-

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am Chief Executive Officer at JND Legal Administration ("JND"). The following statements are based on my personal knowledge and information provided to me by other JND employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. JND is serving as the Settlement Administrator in the above-captioned litigation ("Action") for the purposes of administering the parties' First Amended Collective, Class Action and PAGA Representative Action Settlement Agreement ("Settlement Agreement"), preliminarily approved in the Court's Order dated April 19, 2018.

3. JND is a legal administration services provider with its headquarters in Seattle, Washington. JND has extensive experience in all aspects of legal administration and has administered settlements in hundreds of cases.

4. This Supplemental Declaration updates the Declaration of Jennifer M. Keough executed August 17, 2018.

## OBJECTIONS

5. The Notice informed Class Members that any Class Member who wanted to object to or comment on the approval of the Settlement could do so by submitting a written statement. Class Members had until September 10, 2018 to submit an objection or comment.

6. JND has not received any objections to any aspect of the Settlement, including the Fee Motion, and JND is not aware of any objections.

7. One comment in support of the Settlement was submitted to the Court, and is available at ECF No. 65.

## REQUESTS FOR EXCLUSION

8. The opt-out deadline for Class Members who did not submit a Fund B Claim Form was July 9, 2018. The opt-out deadline for Class Members who did submit a Fund B Claim Form was September 10, 2018. As of the date of this declaration, JND has received four requests for

exclusion, two of which were subsequently rescinded. The remaining two exclusion requests were timely and properly complied with the Settlement Agreement requirements.

9. Both of the two valid exclusion requests were from Class Members who did not submit a Claim Form. As of the date of this declaration, no Class Member who submitted a Claim Form has requested to be excluded from the Settlement.

10. JND has not received any other opt-out requests.

## OTHER COMMUNICATIONS

11. JND has received no additional calls from Class Members, and the website www.UberSWESettlement.com has received 357 additional unique visitors and 1,502 additional pageviews, since my declaration executed on August 17, 2018, in which I stated that JND had received 19 calls from Class Members, and that the website had received 752 unique visitors and 2,757 pageviews.

## JND'S WORK ON THE SETTLEMENT

12. I and other JND employees spent substantial time administering the notice program, responding to Class Member questions, and evaluating and scoring Claim Forms, among other activities, and will spend significant additional time processing payments, responding to Class Member questions, and calculating and communicating the tax withholdings for each Class Member.

I declare under the penalty of perjury pursuant to the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on October 19, 2018, at Seattle, Washington.

*[signature]*

JENNIFER M. KEOUGH