# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROXANA DEL TORO LOPEZ, ET AL.,** | CASE NO. 17-cv-06255-YGR |
| Plaintiffs, | |
| vs. | **ORDER RE: MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |
| **UBER TECHNOLOGIES, INC,** | Re: Dkt. No. 60 |
| Defendant. | |

The Court has received and reviewed plaintiffs' motion for award of attorneys' fees, costs, and service awards (Dkt. No. 60) and finds class counsel's declarations and lodestar reports in support thereof to be inadequately detailed (Dkt. Nos. 61, 61-2, 67, 67-1). Specifically, it is unclear from class counsel's submissions how many hours were spent on various categories of activities related to the actions by each biller. Class counsel is hereby **ORDERED** to bring copies of detailed billing timesheets with them to the hearing set for Tuesday, November 6, 2018 at 2:00 p.m. to provide to the Court. Class counsel is further advised that they should familiarize themselves with this District's Procedural Guidance for Class Action Settlements, which was recently updated on November 1, 2018.

**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**