Jahan C. Sagafi (SB# 224887)
Rachel W. Dempsey (SB# 310424)
Laura Iris Mattes (SB# 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rdempsey@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

Rachel M. Bien (SB# 315886)
OUTTEN & GOLDEN LLP
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
E-mail: rmb@outtengolden.com

*Counsel for Plaintiffs and Settlement Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**DECLARATION OF COMPLIANCE WITH PAGA NOTICE REQUIREMENTS VIA LWDA NOTICE** |

I, Jahan C. Sagafi, declare:

1. I am a member of the Bar of this Court and one of the attorneys representing Plaintiffs Roxana del Toro and Ana Medina in this action. I make this declaration to evidence Plaintiffs' compliance with the settlement and court judgment submission requirements of the California Labor Code Private Attorneys General Act, Cal. Lab. Code §§ 2699(l)(2) and 2699(1)(3). I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

**The Preliminary Approval Process**

2. On March 26, 2018, Plaintiffs filed an unopposed Motion for Order Conditionally Certifying Settlement Class and Collective Action, and Granting Preliminary Approval ("Motion for Preliminary Approval") (ECF No. 33).

3. On March 26, 2018, I caused to be submitted to the California Labor and Workforce Development Agency ("LWDA") the parties' Settlement Agreement, including the class notice, claim form, envelope, proposed order, and operative complaint (ECF No. 33-2), via online transmission pursuant to Cal. Lab. Code § 2699(l)(2). Shortly after the submission of the Settlement Agreement, I received an email from the LWDA acknowledging receipt of the submission. *See* ECF No. 48-2.

4. On April 16, 2018, Plaintiffs filed a supplemental brief in support of their Motion for Preliminary Approval (ECF No. 45).

5. On April 16, 2018, I caused to be submitted to the LWDA the parties' Amended Settlement Agreement, including the revised class notice, revised claim form, envelope, revised proposed order, and operative complaint (ECF No. 45-2), via online transmission. Shortly after the online submission of the Amended Settlement Agreement, I received an email from the LWDA acknowledging receipt of the submission. *See* ECF No. 48-4.

**The Final Approval Process**

6. On November 14, 2018, the Court issued the Order granting Final Approval of Settlement and Final Judgment ("Final Approval Order and Judgment"). *See* ECF No. 72.

7. On November 28, 2018, I caused to be submitted to the LWDA the Court's Final Approval Order and Judgment, via online transmission, pursuant to Cal. Lab. Code § 2699(l)(3). Shortly after the submission of the Final Approval Order and Judgment, I received an email from the LWDA acknowledging receipt of the submission. Attached to this declaration as Exhibit 1 is a true and correct copy of the e-mail from the LWDA.

\* \* \*

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of December, 2018 at San Francisco, California.

/s/ Jahan C. Sagafi
Jahan C. Sagafi

Jahan C. Sagafi (SB# 224887)
jsagafi@outtengolden.com
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810