| | |
|---|---|
| Jahan C. Sagafi (SB# 224887) <br> Rachel W. Dempsey (SB# 310424) <br> Laura Iris Mattes (SB# 310594) <br> OUTTEN & GOLDEN LLP <br> One California Street, Suite 1250 <br> San Francisco, California 94111 <br> Telephone: (415) 638-8800 <br> Facsimile: (415) 638-8810 <br> E-Mail: jsagafi@outtengolden.com <br> E-Mail: rdempsey@outtengolden.com <br> E-mail: imattes@outtengolden.com | Nancy L. Abell (SB# 088785) <br> PAUL HASTINGS LLP <br> 515 South Flower Street <br> Twenty-Fifth Floor <br> Los Angeles, California 90071-2228 <br> Telephone: (213) 683-6000 <br> Facsimile: (213) 627-0705 <br> nancyabell@paulhastings.com |
| Rachel M. Bien (SB# 315886)) <br> OUTTEN & GOLDEN LLP <br> 601 S Figueroa St., Suite 4050 <br> Los Angeles, CA 90017 <br> Telephone: (323) 673-9900 <br> Facsimile: (646) 509-2058 <br> E-mail: rmb@outtengolden.com | Paul W. Cane, Jr. (SB# 100458) <br> PAUL HASTINGS LLP <br> 101 California Street <br> Forty-Eighth Floor <br> San Francisco, California 94111 <br> Telephone: (415) 856-7000 <br> Facsimile: (415) 856-7100 <br> paulcane@paulhastings.com |
| *Attorneys for Plaintiffs and Settlement Class Members* <br> *Additional counsel listed on signature page* | *Attorneys for Defendant* <br> *UBER TECHNOLOGIES, INC.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:17-cv-06255-YGR <br><br> **STIPULATION REQUESTING APPOINTMENT OF SPECIAL MASTER** |

In accordance with the Parties' Settlement Agreement, ECF No. 61-1, § 4.1, which was granted Final Approval by this Court in its November 14, 2018 order, ECF No. 72, Plaintiffs Roxana del Toro Lopez and Ana Medina ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") respectfully submit the following Stipulation Requesting Appointment of Special Master for purposes of implementation of the programmatic relief set forth in the Settlement. The parties declare in support of this request:

WHEREAS, on November 14, 2018, the Effective Date, the Court granted final approval of the Settlement Agreement between the Parties, ECF No. 72;

WHEREAS, the Settlement Agreement provides for the appointment of a Special Master to resolve any disputes regarding compliance with the terms of the Agreement, Settlement Agreement § 4;

WHEREAS, the Settlement Agreement requires that that Parties jointly request Court approval of Fred Alvarez as Special Master, Settlement Agreement § 4.1; and

WHEREAS, Mr. Alvarez is exceptionally qualified for this role, since (1) he has served as the Assistant Secretary of Labor and as a Commissioner of the United States Equal Employment Opportunity Commission, (2) he has several decades of experience in the private practice of employment law, (3) he has served as a Monitor or Special Master in a wide variety of employment discrimination class action settlements, overseeing implementation of programmatic relief similar to that being implemented here, including *Gonzalez v. Abercrombie & Fitch Stores, Inc.*, Nos. 03-cv-2817-SI, 04-cv-4730-SI, and 04-4731-SI (N.D. Cal.); *Ellis v. Costco Wholesale Corp.*, No. 04-cv-3341-EMC (N.D. Cal.); *Jaffe v. Morgan Stanley DW, Inc.*, No. 06-cv-03903-TEH (N.D. Cal.); *EEOC v. Texas Roadhouse, Inc.*, No. 11-cv-11732 (D. Mass); *EEOC v. Darden Restaurants, Inc.*, No. 15-cv-20561 (S.D. Fla.); *Tucker v. Walgreen Company*, No. 05-cv-00440 (S.D. Ill.); and *August-Johnson v. Morgan Stanley DW, Inc.*, No. 1:06-cv-01142 (D.D.C.); and (4) he is a Fellow of the College of Labor and Employment Lawyers, a non-profit professional association honoring the leading lawyers nationwide in the practice of Labor and Employment Law. Fellows are recognized as distinguished members of the labor and employment legal community who promote achievement, advancement, and excellence in the practice by setting

standards of professionalism and civility, by sharing their experience and knowledge, and by acting as a resource for academia, the government, the judiciary, and the community at large. His Jones Day law firm webpage (https://www.jonesday.com/falvarez/, attached hereto as **Exhibit A**) provides further details regarding his experience and qualifications.[1]

THEREFORE, the parties respectfully request that the Court appoint Mr. Alvarez as Special Master pursuant to the Settlement Agreement, § 4.

Dated: December 18, 2018

By: /s/ *Jahan C. Sagafi*
    Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel W. Dempsey (SBN 310424)
Laura Iris Mattes (SBN 310594)
OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: rdempsey@outtengolden.com
E-mail: imattes@outtengolden.com

Rachel M. Bien (SB# 315886)
OUTTEN & GOLDEN LLP
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
E-mail: rmb@outtengolden.com

Adam T. Klein (admitted pro hac vice)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

By: /s/ *Nancy L. Abell*
    Nancy L. Abell

Nancy L. Abell (SBN 088785)
PAUL HASTINGS, LLP
515 S Flower Street
Twenty Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: nancyabell@paulhastings.com

Paul W. Cane, Jr. (SBN 100458)
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: paulcane@paulhastings.com

---

[1] Effective January 1, 2019, Mr. Alvarez will be joining the law firm of Coblentz, Patch, Duffy & Bass LLP as a Partner. Uber is a client of Coblentz, Patch, Duffy & Bass LLP in certain non-employment law-related matters. Mr. Alvarez will recuse himself from providing any employment law advice to Uber during the pendency of his appointment as Special Master, and he has assured the Parties that any work on this matter will not be influenced any way by whatever relationship Coblentz, Patch, Duffy & Bass LLP has or will have with Uber.

Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

**ECF ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Nancy L. Abell, has concurred in this filing.

Date: December 18, 2018     By _____/s/ *Jahan C. Sagafi*_____
                                        Jahan C. Sagafi

*Class Counsel*