# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROXANA DEL TORO LOPEZ, ET AL.,**<br>Plaintiffs,<br>vs.<br>**UBER TECHNOLOGIES, INC.,**<br>Defendant. | CASE NO. 17-cv-06255-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING RE: POST-DISTRIBUTION ACCOUNTING** |

The Court is in receipt of plaintiffs' Post-Distribution Accounting. (Dkt. No. 78.) In light of the update provided therein, the compliance hearing set for January 18, 2019 is **CONTINUED** to **Friday, July 19, 2019** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1. No later than five (5) business days prior to the date of the hearing, plaintiffs shall file a supplemental Post-Distribution Accounting.

If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: January 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**