| | |
|---|---|
| Jahan C. Sagafi (SB# 224887)<br>Laura Iris Mattes (SB# 310594)<br>OUTTEN & GOLDEN LLP<br>One California Street, Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-Mail: jsagafi@outtengolden.com<br>E-Mail: imattes@outtengolden.com<br><br>Attorneys for Plaintiffs<br>ROXANA DEL TORO LOPEZ and<br>ANA MEDINA and for the Class | Nancy L. Abell (SB# 088785)<br>PAUL HASTINGS LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California 90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br>nancyabell@paulhastings.com<br><br>Paul W. Cane, Jr. (SB# 100458)<br>PAUL HASTINGS LLP<br>101 California Street<br>Forty-Eighth Floor<br>San Francisco, California 94111<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br>paulcane@paulhastings.com<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROXANA DEL TORO LOPEZ and ANA MEDINA, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06255-YGR<br><br>**NOTICE OF SATISFACTION OF JUDGMENT AND JOINT STATEMENT OF THE PARTIES RE: FULFILLMENT OF ALL COMMITMENTS UNDER THE FIRST AMENDED COLLECTIVE, CLASS ACTION AND PAGA REPRESENTATIVE ACTION SETTLEMENT AGREEMENT**<br><br>Room: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Date Action Filed: October 27, 2017 |

The parties, Plaintiffs Roxana Del Toro Lopez and Ana Medina, on behalf of themselves and the class, and Defendant, Uber Technologies, Inc., hereby notify this Court that the judgment in this case has been satisfied and the parties have fulfilled all of their respective obligations under the terms of their First Amended Collective Class Action and PAGA Representative Action Settlement Agreement entered November 14, 2018.

Accordingly, the parties request that the Court close this matter.

Dated: December 15, 2021

By: /s/ *Jahan C. Sagafi*
      Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Laura Iris Mattes (SBN 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Counsel for PLAINTIFFS ROXANA DEL TORO LOPEZ and ANA MEDINA and the CLASS

By: /s/ *Nancy L. Abell*
      Nancy L. Abell

Nancy L. Abell (SBN 088785)
PAUL HASTINGS, LLP
515 S Flower Street
Twenty Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: nancyabell@paulhastings.com

Paul W. Cane, Jr. (SBN 100458)
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: paulcane@paulhastings.com

Counsel for DEFENDANT
UBER TECHNOLOGIES, INC.

- 1 -

NOTICE OF SATISFACTION OF JUDGMENT; JOINT STATEMENT OF THE PARTIES RE: FULFILLMENT OF ALL COMMITMENTS
U.S.D.C., N.D. CAL., NO. 4:17-CV-06255-YGR

**ECF ATTESTATION**

    I, Nancy L. Abell, am the ECF User whose ID and password are being used to file the foregoing Notice. In compliance with Local Rule 5-1(h)(3), I hereby attest that all of the signatories have concurred in the filing of this document.

Dated:  December 15, 2021            By: /s/ *Nancy L. Abell*
                                                        Nancy L. Abell

- 2 -

NOTICE OF SATISFACTION OF JUDGMENT; JOINT STATEMENT OF THE PARTIES RE: FULFILLMENT OF ALL COMMITMENTS
U.S.D.C., N.D. CAL., NO. 4:17-CV-06255-YGR